**Exhibit 13**

**The McGraw·Hill Companies**

Williams Obstetrics, Twenty-Third Edition

Copyright © 2010, 2005, 2001 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

Copyright © 1997, 1993, 1989 by Appleton & Lange
Copyright © 1985 by Appleton-Century-Crofts
Copyright © 1971 by Meredith Corporation
Copyright © 1961, 1956, 1950 by Appleton-Century-Crofts, Inc.
Copyright © 1946, 1941, 1936 by D. Appleton-Century-Co., Inc.
Copyright © 1930, 1923, 1917, 1912, 1909, 1907, 1904, 1903, 1902 by D. Appleton and Company
Copyright © 1964 by Florence C. Stander
Copyright © 1951 by Anne W. Niles
Copyright © 1935, 1940 by Caroline W. Williams
Copyright © 1930, 1931, 1932 by J. Whitridge Williams

1 2 3 4 5 6 7 8 9 0   DOW/DOW   14 13 12 11 10 9

ISBN 978-0-07-149701-5
MHID 0-07-149701-3

This book was set in Adobe Garamond by Aptara, Inc.
The editors were Alyssa Fried and Karen Davis.
The production supervisor was Phil Galea.
Production management was provided by Satvinder Kaur, Aptara, Inc.
The illustration manager was Armen Ovsepyan.
The designer was Alan Barnett.
The cover art director was Margaret Webster-Shapiro; the designer was Kiley Fusco.
Illustration by Marie Sena and Erin Frederikson.
The index was prepared by Maria Coughlin.
RR Donnelley was printer and binder.

This book is printed on acid-free paper.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. To contact a representative please e-mail us at bulksales@mcgraw-hill.com.

Library of Congress Cataloging-in-Publication Data

Williams obstetrics. — 23rd ed. / [edited by] F. Gary Cunningham . . . [et al.].
    p. ; cm.
  Includes bibliographical references and index.
  ISBN-13: 978-0-07-149701-5 (hardcover : alk. paper)
  ISBN-10: 0-07-149701-3 (hardcover : alk. paper)
  1. Obstetrics.  I. Cunningham, F. Gary.  II. Williams,
J. Whitridge (John Whitridge), 1866–1931.  III. Title: Obstetrics.
  [DNLM: 1. Obstetrics.  WQ 100 W7283 2010]
  RG524.W7 2010
  618.2—dc22

                                                        2009029027

Anterior superior iliac spine

Ilium

Pubis

Symphysis pubis

Greater sciatic foramen

Sacrospinous ligament

Ischial spine

Lesser sciatic foramen

Sacrotuberous ligament

Ischium

Obturator foramen

**FIGURE 2-18** Sagittal view of pelvic bones.



**FIGURE 2-19** Anteroposterior view of a normal female pelvis. Anteroposterior (AP) and transverse (T) diameters of the pelvic inlet are illustrated.

### Sacroiliac Joints

Posteriorly, the pelvic bones are joined by articulations between the sacrum and the iliac portion of the innominate bones to form the sacroiliac joints. These joints also have a certain degree of mobility.

### Relaxation of the Pelvic Joints

During pregnancy, there is remarkable relaxation of these joints although the cause(s) is unclear. It likely results from hormonal stimulation (see Chap. 5, p. 130). Abramson and co-workers (1934) observed that relaxation of the symphysis pubis commenced in women in the first half of pregnancy and increased during the last 3 months. They also observed that this laxity began to regress immediately after parturition and that regression was completed within 3 to 5 months. The symphysis pubis also increases in width during pregnancy—more so in multiparas than in primigravidas—and returns to normal soon after delivery.

There are important changes in sacroiliac joint mobility. Borell and Fernstrom (1957) demonstrated that the rather marked mobility of the pelvis at term was caused by an upward gliding

movement of the sacroiliac joint. The displacement, which is greatest in the dorsal lithotomy position, may increase the diameter of the outlet by 1.5 to 2.0 cm. This is the main justification for placing a woman in this position for a vaginal delivery. But increase in diameter of the pelvic outlet occurs only if the sacrum is allowed to rotate posteriorly. Thus, it will not occur if the sacrum is forced anteriorly by the weight of the maternal pelvis against the delivery table or bed (Russell, 1969, 1982). Sacroiliac joint mobility is also the likely reason that the McRoberts maneuver often is successful in releasing an obstructed shoulder in a case of shoulder dystocia (see Chap. 20, p. 483). These changes have also been attributed to the success of the modified squatting position to hasten second-stage labor (Gardosi and co-workers, 1989). The squatting position may increase the interspinous diameter and the diameter of the pelvic outlet (Russell, 1969, 1982). These latter observations are unconfirmed, but this position is assumed for birth in many primitive societies.

## Planes and Diameters of the Pelvis

The pelvis is described as having four imaginary planes:

1. The plane of the pelvic inlet—the superior strait.
2. The plane of the pelvic outlet—the inferior strait.
3. The plane of the midpelvis—the least pelvic dimensions.
4. The plane of greatest pelvic dimension—of no obstetrical significance.

### Pelvic Inlet

The superior strait or pelvic inlet is bounded posteriorly by the promontory and alae of the sacrum, laterally by the linea terminalis, and anteriorly by the horizontal pubic rami and the symphysis pubis. The inlet of the female pelvis—compared with the male pelvis—typically is more nearly round than ovoid. Caldwell (1934) identified radiographically a nearly round or gynecoid pelvic inlet in approximately half of white women.

Four diameters of the pelvic inlet are usually described: anteroposterior, transverse, and two oblique diameters. The obstetrically important anteroposterior diameter is the shortest distance between the promontory of the sacrum and the symphysis pubis and is designated the obstetrical conjugate (Fig. 2-20). Normally, this measures 10 cm or more. This diameter is distinct from the anteroposterior diameter of the pelvic inlet that has been identified as the true conjugate. The obstetrical conju-



**FIGURE 2-20** Three anteroposterior diameters of the pelvic inlet are illustrated: the true conjugate, the more important obstetrical conjugate, and the clinically measurable diagonal conjugate. The anteroposterior diameter of the midpelvis is also shown. (p = sacral promontory; sym = symphysis pubis.)

gate cannot be measured directly with the examining fingers. For clinical purposes, the obstetrical conjugate is estimated indirectly by subtracting 1.5 to 2 cm from the *diagonal conjugate*, which is determined by measuring the distance from the lower margin of the symphysis to the sacral promontory (Fig. 2-21).



**FIGURE 2-21** Vaginal examination to determine the diagonal conjugate. (p = sacral promontory; s = symphysis pubis.)

110    Maternal and Fetal Anatomy and Physiology

A *decidual reaction* on and beneath the surface of the ovaries, similar to that found in the endometrial stroma, is common in pregnancy and is usually observed at cesarean delivery. These elevated patches of tissue bleed easily and may, on first glance, resemble freshly torn adhesions. Similar decidual reactions are seen on the uterine serosa and other pelvic, or even extrapelvic, abdominal organs. Although the development of such decidual reactions is incompletely understood, Taussig (1906) and others have deduced that these findings likely represent cellular detritus from the endometrium that has passed through the fallopian tubes.

The enormous caliber of the ovarian veins viewed at cesarean delivery is startling. Hodgkinson (1953) found that the diameter of the ovarian vascular pedicle increased during pregnancy from 0.9 cm to approximately 2.6 cm at term—recall that Poiseuille's law is that flow in a tubular structure is dependent on the product of its radius to the fourth power!

### Relaxin

As discussed in Chapter 3 (p. 65), this protein hormone is secreted by the corpus luteum, decidua, and placenta in a pattern similar to that of human chorionic gonadotropin (hCG). It is also expressed in a variety of nonreproductive tissues, including brain, heart, and kidney. It is mentioned here because one of its major biological actions appears to be remodeling of reproductive tract connective tissue to accommodate pregnancy parturition (Park and colleagues, 2005). Relaxin also appears to be an important factor in the initiation of augmented renal hemodynamics (p. 123) and decreased osmolality (p. 112) associated with pregnancy (Smith and associates, 2006). Despite its name, serum relaxin levels do not correlate with increasing peripheral joint laxity during pregnancy (Marnach and co-workers, 2003).

### Pregnancy Luteoma

In 1963, Sternberg described a solid ovarian tumor that developed during pregnancy and was composed of large acidophilic luteinized cells, which represented an exaggerated luteinization reaction of the normal ovary. These so-called *luteomas of pregnancy* are variable in size, ranging from microscopic to over 20 cm



**FIGURE 5-2** Large luteoma of pregnancy removed at laparotomy postpartum.

in diameter (Fig. 5-2). Typical sonographic characters include a solid, complex-appearing unilateral or bilateral with cystic features that correspond to areas of hemorrhage. usually not possible to differentiate luteomas from other ovarian neoplasms, such as luteinized thecoma, granulosa tumor, or Leydig cell tumor, by sonographic characters alone (Choi and associates, 2000).

Pregnancy luteomas may result in maternal virilization usually the female fetus is not affected. This is presumably cause of the protective role of the trophoblast with its high pacity to convert androgens and androgen-like steroids to gens (Edman and co-workers, 1979). Occasionally, however, female fetus can become virilized (Spitzer and co-workers, 2007). Although luteomas regress after delivery, they may in subsequent pregnancies (Shortle and associates, 1987).

### Theca-Lutein Cysts

These benign ovarian lesions result from exaggerated physiological follicle stimulation—termed *hyperreactio luteinalis*. though the cellular pattern of hyperreactio luteinalis is similar to that of a luteoma, these usually bilateral cystic ovaries moderately to massively enlarged. The reaction is associated with markedly elevated serum levels of hCG. And not surprisingly, theca-lutein cysts are found frequently with gestational trophoblastic disease (see Chap. 11, p. 259). They are also likely to be found with a large placenta such as with diabetes isoimmunization, and multiple fetuses (Tanaka and colleagues, 2001). Theca-lutein cysts have also been reported in chronic failure as a result of reduced hCG clearance, and in hyperthyroidism as a result of the structural homology between hCG and thyroid-stimulating hormone (Coccia and colleagues, Gherman and co-workers, 2003). But they also are encountered women with otherwise uncomplicated pregnancies and thought to result from an exaggerated response of the ovaries normal levels of circulating hCG (Langer and Coleman, 2007).

Although usually asymptomatic, hemorrhage into the may cause abdominal pain. Maternal virilization may be up to 25 percent of women (Foulk and associates, 199 Changes including temporal balding, hirsutism, and toromegaly are associated with massively elevated levels drostenedione and testosterone. The diagnosis typically on sonographic findings of bilateral enlarged ovaries contain multiple cysts in the appropriate clinical settings. The condition is self-limited, and resolution follows delivery. In some women increased ovarian responsiveness to gonadotropin can be firmed by several weeks postpartum (Bradshaw and co-workers, 1986; Sherer and associates, 2006). Their management cussed further in Chapter 40 (p. 904).

### Fallopian Tubes

The musculature of the fallopian tubes undergoes little hypertrophy during pregnancy. The epithelium of the tubal mucosa ever, becomes somewhat flattened. Decidual cells may develop the stroma of the endosalpinx, but a continuous decidual brane is not formed. Very rarely, the increasing size of the uterus, especially in the presence of paratubal or ovarian cysts result in fallopian tube torsion (Batukan and co-workers, 2007)

compared with that of the nonpregnant state. The clearance rate of cortisol, however, is lower during pregnancy; its half-life is nearly doubled over that for non-pregnant women (Migeon and associates, 1957). Administration of estrogen, including most oral contraceptives, causes changes in the levels of serum cortisol and transcortin similar to those of pregnancy. During early pregnancy, the levels of circulating corti-cotropin (ACTH) are reduced strikingly. As pregnancy progresses, the levels of ACTH and free cortisol rise (Fig. 5-18). This apparent paradox is not understood completely. Nolten and associates (1981) have presented evidence that the higher free cortisol observed in pregnancy are the result of a "resetting" of the maternal feedback mechanism to higher levels. They also propose that this might result from *tissue refractoriness*. Keller-Wood and Wood (2001) later suggested that these incongruities may result from an antagonistic action of progesterone on mineralocorticoids. Thus, in response to elevated progesterone levels during pregnancy, an elevated cortisol is needed to maintain homeostasis. Indeed, experiments in pregnant ewes demonstrate that elevated maternal corticosteroid/aldosterone secretion are necessary to maintain the increase in plasma volume during late pregnancy (Jensen and associates, 2002).



**50**
**40**
**40**
**20**
**10**

Cortisol (μg/dL)

**20  30  40**
Weeks' gestation

Increases in serum cortisol (*blue line*) and during pregnancy in normal controls throughout (from Carr and co-workers, 1981, with permission.)

progesterone and atrial natriuretic peptide.

## Deoxycorticosterone

Maternal plasma levels of this potent mineralocorticosteroid progressively increase during pregnancy. Indeed, plasma levels of deoxycorticosterone rise to near 1500 pg/mL by term, a more than 15-fold increase (Parker and associates, 1980). This marked elevation is not derived from adrenal secretion but instead represents increased kidney production resulting from estrogen stimulation. The levels of deoxycorticosterone and its sulfate in fetal blood are appreciably higher than those in maternal blood, which suggests transfer of fetal deoxycorticosterone into the maternal compartment.

## Dehydroepiandrosterone Sulfate

Maternal serum and urine levels of *dehydroepiandrosterone sulfate* are decreased during normal pregnancy. As discussed in Chapter 3 (p. 68), this is a consequence of increased metabolic clearance through extensive maternal hepatic 16α-hydroxylation and placental conversion to estrogen.

## Androstenedione and Testosterone

Maternal plasma levels of both of these androgens are increased during pregnancy. This finding is not totally explained by alterations in their metabolic clearance. Maternal plasma androstenedione and testosterone are converted to estradiol in the placenta, which increases their clearance rates. Conversely, increased plasma sex hormone-binding globulin in pregnant women retards testosterone clearance. Thus, the production rates of maternal testosterone and androstenedione during human pregnancy are increased. The source of this increased $C_{19}$-steroid production is unknown, but it likely originates in the ovary. Interestingly, little or no testosterone in maternal plasma enters the fetal circulation as testosterone. Even when massive testosterone levels are found in the circulation of pregnant women, as with androgen-secreting tumors, testosterone levels in umbilical cord blood are likely to be undetectable and are the result of the near complete trophoblastic conversion of testosterone to 17β-estradiol (Edman and associates, 1979).

## OTHER SYSTEMS

### Musculoskeletal System

Progressive lordosis is a characteristic feature of normal pregnancy. Compensating for the anterior position of the enlarging





uterus, the lordosis shifts the center of gravity back over the lower extremities. In a recent and interesting anthropological study, Whitcome and colleagues (2007) demonstrated that this curvature and reinforcement of the lumbar vertebrae have evolved in humans to permit bipedal posture and locomotion despite up to a 31-percent increase in the maternal abdominal mass by term.

The sacroiliac, sacrococcygeal, and pubic joints have increased mobility during pregnancy. As discussed earlier (p. 110), the increase in joint laxity during pregnancy does not correlate with increased maternal serum levels of estradiol, progesterone, or relaxin (Marnach and co-workers, 2003). Joint mobility may contribute to the alteration of maternal posture and in turn may cause discomfort in the lower back. This is especially bothersome late in pregnancy, during which time aching, numbness, and weakness also occasionally are experienced in the upper extremities. This may result from the marked lordosis with anterior neck flexion and slumping of the shoulder girdle, which in turn produce traction on the ulnar and median nerves (Crisp and DeFrancesco, 1964).

The bones and ligaments of the pelvis undergo remarkable adaptation during pregnancy. In 1934, Abramson and colleagues described the normal relaxation of the pelvic joints, and particularly the symphysis pubis, that occurs during pregnancy (Fig. 5-19). They reported that most relaxation takes place in the first half of pregnancy. However, pelvic dimensions measured by magnetic resonance imaging are not significantly different before compared with up to 3 months after delivery (Huerta-Enochian and associates, 2006).

Although some symphyseal separation likely accompanies many deliveries, those greater than 1 cm may cause significant pain (Jain and Sternberg, 2005). Regression begins immediately following delivery, and it is usually complete within 3 to 5 months.

## Eyes

Intraocular pressure decreases during pregnancy, attributed in part to increased vitreous outflow (Sunness, 1988). Corneal sensitivity is decreased, and the greatest changes are late tation. Most pregnant women demonstrate a measurab slight increase in corneal thickness, thought to be due to Consequently, they may have difficulty with previously fortable contact lenses. Brownish-red opacities on the p surface of the cornea—*Krukenberg spindles*—have also be served with a higher than expected frequency during pre Hormonal effects similar to those observed for skin lesia postulated to cause this increased pigmentation. Other transient loss of accommodation reported with both preg and lactation, visual function is unaffected by pregnancy changes during pregnancy, as well as pathological eye tions, were reviewed by Dinn and colleagues (2003).

## Central Nervous System

Women often report problems with attention, concent and memory throughout pregnancy and the early postp period. Systematic studies of memory in pregnancy, ho are limited and often anecdotal. Keenan and colleagues longitudinally investigated memory in pregnant women as a matched control group. They found pregnancy memory decline, which was limited to the third trimester decline was not attributable to depression, anxiety, sleep vation, or other physical changes associated with pregnan was transient and quickly resolved following delivery. Int ingly, Rana and associates (2006) found that attention memory were improved in women with preeclampsia rece magnesium sulfate compared with normal pregnant wome

Zeeman and co-workers (2003) used magnetic reso imaging to measure cerebral blood flow across pregnancy healthy women. They found that mean blood flow in the dle and posterior cerebral arteries decreased progressively 147 and 56 mL/min when nonpregnant to 118 and 44 mL late in the third trimester, respectively. The mechanism clinical significance of this decrease is unknown. Pregn does not appear to impact cerebrovascular autoregul (Bergersen and co-workers, 2006).




FIGURE 5-19  A. Symphyseal diastasis. Marked widening of the pubic symphysis (*arrows*) consistent with diastasis after vaginal delive B. Sacroiliac (SI) joint widening. Left (*arrow*) greater than right (*arrowhead*) widening of the anterior SI joints. (Courtesy of Dr. Daniel Mo