**Exhibit 14**



# BIOMECHANICS OF THE FEMALE PELVIC FLOOR

Edited by

## LENNOX HOYTE

*Director, Urogynecology and Female Pelvic Reconstructive Surgery, USF College of Medicine, Tampa, FL, United States of America;*
*Medical Director, Urogynecology and Robotic Surgery, Tampa General Hospital, Tampa, FL, United States of America*

## MARGOT DAMASER

*Professor of Molecular Medicine, Cleveland Clinic Lerner College of Medicine, Case Western Reserve University, Cleveland, OH, United States of America;*
*Lerner Research Institute, Cleveland Clinic, Cleveland, OH, United States of America;*
*Advanced Platform Technology Center, Cleveland VA Medical Center, Cleveland, OH, United States of America*



ELSEVIER

AMSTERDAM · BOSTON · HEIDELBERG · LONDON
NEW YORK · OXFORD · PARIS · SAN DIEGO
SAN FRANCISCO · SINGAPORE · SYDNEY · TOKYO
Academic Press is an imprint of Elsevier





# BIOMECHANICS OF THE FEMALE PELVIC FLOOR

Academic Press is an imprint of Elsevier
125 London Wall, London EC2Y 5AS, UK
525 B Street, Suite 1800, San Diego, CA 92101-4495, USA
50 Hampshire Street, 5th Floor, Cambridge, MA 02139, USA
The Boulevard, Langford Lane, Kidlington, Oxford OX5 1GB, UK

Copyright © 2016 Elsevier Inc. All rights reserved.

Exceptions: Chapters 2 and 20, Copyright © 2016 John Delancey. Published by Elsevier Inc. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Details on how to seek permission, further information about the Publisher's permissions policies and our arrangements with organizations such as the Copyright Clearance Center and the Copyright Licensing Agency, can be found at our website: www.elsevier.com/permissions.

This book and the individual contributions contained in it are protected under copyright by the Publisher (other than as may be noted herein).

Notices
Knowledge and best practice in this field are constantly changing. As new research and experience broaden our understanding, changes in research methods, professional practices, or medical treatment may become necessary.

Practitioners and researchers must always rely on their own experience and knowledge in evaluating and using any information, methods, compounds, or experiments described herein. In using such information or methods they should be mindful of their own safety and the safety of others, including parties for whom they have a professional responsibility.

To the fullest extent of the law, neither the Publisher nor the authors, contributors, or editors, assume any liability for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions, or ideas contained in the material herein.

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

**Library of Congress Cataloging-in-Publication Data**
A catalog record for this book is available from the Library of Congress

ISBN: 978-0-12-803228-2

For information on all Academic Press publications
visit our website at www.elsevier.com



Working together
to grow libraries in
developing countries

www.elsevier.com • www.bookaid.org

Printed and bound in the USA
*Publisher:* Joe Hayton
*Acquisitions Editor:* Fiona Geraghty
*Editorial Project Manager:* Maria Convey
*Production Project Manager:* Lisa Jones
*Cover designer:* Maria Ines Cruz



**CHAPTER TEN**

# Impact of Pregnancy and Delivery on Pelvic Floor Biomechanics

**M. Alperin**
University of California, San Diego, CA, United States of America

## IMPACT OF PREGNANCY ON BIOMECHANICS OF PELVIC FLOOR

There are probably no greater phenotypic transformations in healthy human adults than the ones that occur in female pelvis during pregnancy. Elucidation of pregnancy-induced changes in the mechanical properties of pelvic floor components is, therefore, an absolute prerequisite for designing scientifically sound biomechanical studies and reliable models of vaginal deliveries. Given that investigations in pregnant women are arduous and are associated with obvious ethical constraints, biomechanical studies conducted in animals and computational models are invaluable for advancing our understanding of the effects of pregnancy and delivery on the pelvic floor.

The upright posture associated with human obligate bipedalism resulted in the pelvis becoming an essential load-bearing and supportive structure, with body weight transferred from the spine through the sacroiliac joints to the pelvic girdle [1]. In pregnancy, the center of gravity is shifted forward with a mechanical axis located in front of the femoral heads, leading to compensatory retroversion of the pelvis [2]. In addition to these and other anatomic modifications incurred in pregnancy, the altered hormonal milieu of pregnancy also affects the musculoskeletal system, resulting in decreased stiffness of pelvic and spinal ligaments [3]. These changes, together with increased weight of the gravid uterus, lead to lumbar lordosis. In turn, lumbar hyperlordosis lowers the contractility of the pelvic floor skeletal muscles in a static posture and during dynamic increases in the intraabdominal pressure [4].

One of the main pregnancy-associated hormones that accounts for the remodeling of ligaments and pelvic connective tissues is a member of the insulin family of polypeptide hormones, relaxin. The upsurge of relaxin in pregnancy leads to collagen degradation through upregulation of endogenous proteolytic collagenases — metalloproteinases [3,5–7]. Studies in rodent models demonstrate that breakdown of collagen in the rat pubic symphysis during pregnancy coincides with a peak in relaxin levels, which are highest in the second half of gestation [8,9]. In mice, relaxin reduces content and alters organization of fibrillar collagens in the cervix in late pregnancy [10]. Even though serum levels of

*Biomechanics of the Female Pelvic Floor*
http://dx.doi.org/10.1016/B978-0-12-803228-2.00010-6

Copyright © 2016 Elsevier Inc.
All rights reserved.

229

relaxin in humans are significantly lower than those in rodents, a similar decrease in human cervical stiffness occurs during gestation [11].

Relaxin receptors have also been identified in human and animal vaginal tissue, which also undergoes significant remodeling in pregnancy [12,13]. The fibromuscular layer of the vagina is mainly composed of collagen and elastin, which comprise the sub-epithelium, and smooth muscle, which forms the muscularis. Similar to the adaptations seen in the cervix, the connective tissue of the vagina and its supportive structures exhibit biochemical and structural changes during pregnancy [1,13–16]. In pregnant rats treated with antirelaxin antibody that blocks endogenous relaxin, vaginal weight, length, and diameter do not undergo the increase observed in untreated pregnant controls [17]. In a recent study examining changes in the composition of vaginal fibromuscular layers in a sheep model, significantly less collagen and more elastin was identified in pregnant animals, compared to nonpregnant controls [18]. Investigations in a mouse model also demonstrate upregulation of elastin turnover in pregnancy [19]. In parallel with animal data, human studies also demonstrate significant biochemical changes in vaginal fibrillar extracellular matrix (ECM) in response to the hormonal milieu associated with pregnancy [13]. In addition to the alterations in the ECM, pregnancy has been shown to induce changes in vaginal smooth muscle in a rat model [14]. Synthetic smooth muscle cells secrete matrix and have no contractile tone, whereas the contractile smooth muscle cells function as contractile entities. In pregnancy, smooth muscle cells in rat vagina transform their phenotype from contractile to synthetic, likely resulting in the increased production of ECM components such as collagen, elastin, and proteoglycans.



## PREGNANCY-INDUCED ALTERATIONS IN VAGINAL BIOMECHANICAL PROPERTIES

The biochemical alterations and structural remodeling of the ECM and smooth muscle components of the vagina, summarized above, are thought to account for the dramatic changes in vaginal passive and active biomechanical properties in preparation for delivery of the fetus [20]. Changes in vaginal mechanical properties are evident on clinical examinations, with pregnant women demonstrating increased vaginal laxity and progressive displacement of the anterior and posterior compartments distally across trimesters relative to nonpregnant controls [13,16,21].

The rat vagina is analogous to the human vagina with respect to the histological layers and the organization of apical and paravaginal levels of support [22]. Decreased stiffness of the vagina-supportive tissue complex and increased vaginal distensibility in pregnancy has been consistently demonstrated in ex vivo and in vivo experiments conducted in a rat model [15,20,23]. The majority of ex vivo biomechanical studies utilize the uniaxial load to failure test along the longitudinal vaginal axis, simulating downward distension of the

vagina–supportive tissue complex. The main parameters that describe vaginal passive mechanical properties are determined from the resultant load–elongation curves and the corresponding stress–strain curves. These include the tangent modulus, the ultimate tensile strength, the ultimate tensile strain, and the strain energy density. Invariably, the tangent modulus was significantly lower and the ultimate strain substantially higher in pregnant animals relative to virgin controls [20,23]. Similar results were obtained in studies conducted in mouse and sheep models [18,24]. Consistent with the results of the in vitro experiments, in vivo studies in rat models demonstrate a dramatic increase in vaginal distensibility during pregnancy compared to virgin controls [15].

As opposed to the uniform results seen with respect to distensibility, data regarding the effect of pregnancy on vaginal tensile strength need to be interpreted in the framework of the specific experimental testing and calculations employed. The studies that utilize uniaxial load to failure tests in the longitudinal direction (ie, parallel to the long axis of vagina) and represent the tensile strength either by ultimate force or ultimate stress, derived from the force divided by the *initial* cross-sectional area, demonstrated decreased vaginal tensile strength in pregnancy [20,23]. However, when the same test was performed in the direction perpendicular to the long axis of vagina and the tensile strength was derived from Cauchy stress (ie, force divided by *deformed* cross-sectional area), vaginal tissue was found to have a higher tensile strength in pregnant animals compared to nonpregnant controls [25].

In addition to the changes in the passive mechanical properties, the contractile force of vaginal muscularis decreases in pregnancy [20], a change consistent with the phenotypic shift from contractile to synthetic smooth muscle that occurs in pregnancy [14]. Taken together, the above findings characterize an important maternal adaptation, as increased vaginal compliance is likely to facilitate fetal delivery while minimizing pressure exerted on the vaginal walls during parturition.



## PREGNANCY-INDUCED ALTERATIONS IN BIOMECHANICAL PROPERTIES OF PELVIC FLOOR MUSCLES

Pelvic floor striated muscles (PFM) consist of coccygeus and the muscles of the levator ani complex, which include iliococcygeus, pubococcygeus, and puborectalis. PFM provide integral structural support for proper pelvic floor function. Trauma to these muscles related to vaginal childbirth appears to play an important role in the pathogenesis of pelvic floor disorders (PFD). As evident from the above, dramatic biomechanical and biochemical changes occur in the pelvic organs in preparation for delivery [1,13–16]. It is reasonable to expect that pregnancy would also induce substantial alterations in the PFM.

Imaging of the levator hiatus has been used to assess changes in the PFM in pregnancy. Increased hiatal area at rest and with straining has been reported in women at the end of their first pregnancy compared to nonpregnant controls [26,27]. Furthermore, a recent

study showed that larger levator hiatus at rest in late pregnancy is associated with a shorter second stage of labor and successful spontaneous vaginal delivery [28]. However, the levator hiatus area during straining was not associated with delivery outcome [28]. The explanation proposed by the authors is based on the findings that the parameters that had significant correlations with delivery outcomes, such as hiatal transverse diameter, are directly related to the bony pelvis. PFM parameters that are less dependent on the dimensions of the bony pelvis, such as anterior-posterior diameter, on the other hand, did not correlate with the delivery outcomes. Furthermore, levator hiatus dimension provides very limited information relevant to PFM structure and function. First, only the most medial portion of the levator ani muscle complex is accounted for when levator hiatus is measured. Second, levator hiatus area during straining is substantially smaller than the area required for the delivery of the fetus [29]. Third, levator hiatus area does not correlate with strength or endurance of PFM contraction [30]. Thus, our current understanding of the impact of pregnancy on the structure of the PFM is severely limited.

In a recent study conducted in our lab, we demonstrated, for the first time, that pregnancy induces unique adaptations in the intrinsic structure of the PFM in a rat model [31]. Specifically, we showed that, under functional conditions of pregnancy, PFM increased their fiber length and consequently their excursion by adding sarcomeres in series. Muscle injury is primarily caused by excessive sarcomere strain [32,33], which is likely to occur during parturition. Increased fiber length is likely protective against such damage as large mechanical deformations are distributed across a greater number of sarcomeres. The importance of determining the impact of pregnancy on the PFM biomechanics is twofold: (1) to improve our understanding of the pathogenesis of PFM injury during delivery and (2) to identify factors that segregate women who do not sustain PFM birth trauma from those who do.



## IMPACT OF VAGINAL DELIVERY ON BIOMECHANICS OF PELVIC FLOOR

Vaginal delivery is the greatest epidemiological risk factor for the development of PFD [34–36]. Although cesarean delivery does not completely protect the pelvic floor from the untoward effects of pregnancy, currently published data clearly indicate that the mode of delivery confers a higher risk for subsequent PFD compared to pregnancy alone [37–41]. Further support for this position is provided by the data indicating that prevalence of pelvic organ prolapse following childbearing does not differ between women who underwent abdominal delivery prior to the onset of labor and women who had cesarean section after reaching the second stage of labor, and is lower in both groups relative to women who gave birth vaginally [37]. Despite high prevalence of the inciting event (vaginal delivery) and PFD that follow, high-resolution studies of the

Case 2:17-cv-13118-GCS-DRG ECF No. 30-14, PageID.511 Filed 07/01/19 Page 9 of 14

pathological alterations in the supportive pelvic floor structures and the mechanisms that lead to their dysfunction are not well delineated. Determining the biomechanical impact of parturition on the pelvic floor is important for understanding the pathophysiology of its postpartum dysfunction. The above, in turn, will allow to mechanistically link vaginal delivery and PFD.

It is evident from the studies discussed above and other similar investigations that dramatic biochemical changes in tissues take place during pregnancy. These pregnancy-induced adaptations, in turn, have a profound effect on the mechanical function of the main pelvic floor supportive structures during parturition. The main biomechanical impact of pregnancy is manifested in significantly decreased stiffness and a shift toward more viscous material properties of pelvic tissues [25]. These alterations allow tissue to become more extensible and even more tolerant of higher stress applied in the cross-sectional direction, facilitating the delivery of the fetus while protecting against maternal birth injury. Human studies demonstrate correlation between higher vaginal elastase activity and uncomplicated spontaneous vaginal delivery, which, in turn, protects women from pelvic floor trauma associated with operative vaginal deliveries [13]. Ex vivo animal studies conducted in various models show a full recovery of the mechanical function of the vagina and its supportive structures after spontaneous delivery [18,20,23,42]. Furthermore, biomechanical studies of sheep vagina showed a pronounced Mullins effect, which is present when tissues mechanical response depends on the prior applied maximum load. The mechanical response of tissue subsequent to the initial loading was dependent on the previously attained maximum stress and was characterized by the increased vaginal tissue strain in pregnancy [18]. Throughout parturition, pelvic tissues are subjected to loading during the expulsive efforts, followed by tissue "unloading" between the contractions. Therefore, these material properties become an important factor for understanding the mechanical function of pelvic tissue during vaginal delivery.

The adaptive effect of significantly lower tissue stiffness in pregnancy is accompanied by the decrease in tensile strength, as indicated by multiple studies that employ longitudinal load to failure testing protocols. This, in turn, renders tissues more susceptible to trauma in response to the applied load. Thus, the demands of vaginal delivery can easily exceed the load-bearing capacity of pelvic tissues altered by pregnancy, leading to trauma associated with childbirth. In addition, the collagenase activity is upregulated in vaginal tissues subjected to mechanical stresses and strains, with proteolytic activity proportional to the magnitude of the applied strain [43]. Consequently, when substantial stresses and strains occur during parturition, metabolism of ECM shifts further toward degradation. Studies in mouse models have demonstrated that in addition to collagen degradation, increased mechanical loading plays an important role in turnover of vaginal elastin [19]. Interestingly, expression of fibulin-5 and tropoelastin, two proteins essential for

production of mature elastin, was augmented in pregnant animals concomitant with activation of vaginal elastases. These data suggest that reassembly of elastin fibers likely plays an important role in restoration of mechanical function of the vagina after delivery [44]. Placing excessive mechanical demands on the vagina during parturition potentially alters the balance between proteolytic activity of elastases and synthesis and assembly necessary for tissue recovery, setting the stage for subsequent pelvic organ prolapse.

Divergent from ex vivo findings, in vivo experiments in a rat model demonstrate that spontaneous vaginal delivery leads to persistently altered mechanical properties postpartum [15]. One possible reason behind this discrepancy is a more complex tissue loading achieved in the in vivo testing, which includes circumferential and longitudinal directions. Secondly, the in vivo experiments are able to assess the collective effect of parturition on the vagina and all the tissues that support and maintain its structure, not captured by ex vivo testing. From experiments in animal models, we know that when vaginal tissue is subjected to large stresses and strains through simulated birth injury, ex vivo testing protocols also demonstrate incomplete recovery of biochemical and biomechanical parameters postpartum [45,46]. Taken together, these persistently untoward changes provide potential mechanistic clues that can link such clinical risk factors as large fetal size, prolonged second stage of labor, and operative vaginal delivery with maternal birth injury and subsequent pelvic floor dysfunction [38,47].

## IMPACT OF VAGINAL DELIVERY ON PELVIC FLOOR MUSCLES

Maternal birth trauma to the striated pelvic floor muscles appears to play an important role in the pathogenesis of PFD. A recent study highlighted the long-term negative impact of childbirth on the PFM function, which can last a decade after vaginal delivery [48]. Defects in the levator ani complex are prevalent and have been observed by imaging in a third of women after spontaneous vaginal delivery and in 60% after forceps assisted delivery [49]. Moreover, the risk of developing PFD increases dramatically in women with radiologically abnormal PFM compared to women with intact PFM [35]. Numerous studies suggest that demands placed on the PFM during vaginal childbirth exceed the physiologic limits of striated muscles [50–52]. By the end of pregnancy, the median levator hiatus area that women achieve while straining is four to five times smaller than the cross-sectional area needed for the delivery of a fetal head [28]. To achieve the cross-sectional area required for vaginal childbirth, the PFM are estimated to undergo strain as high as 300% [50,51,53]. Such dramatic strains are presumed to cause radiologically detected abnormalities in the PFM, including macroscopic trauma (referred to as avulsion injury) and microscopic trauma from irreversible overdistension [54–56]. These conclusions are consistent with mechanical studies of limb striated muscles, which demonstrate that the magnitude of muscle injury is a function of strain [33,57,58].

Due to the difficulties and obvious ethical constraints associated with directly probing PFM, the majority of investigations exploring the mechanics of vaginal delivery and its effect on the PFM employ computational models (see Chapter 22). The growing body of literature, exploring the mechanics of childbirth through computational modeling, has significantly improved our understanding of the impact that vaginal delivery has on the PFM. Unfortunately, the existing models are significantly limited by paucity of experimental data available to characterize the material properties of the PFM in general and during pregnancy in particular, and to validate the models. The importance of the material properties was highlighted by a constitutive modeling study, which demonstrated that varying muscle stiffness has a profound effect on the mechanical behavior of the PFM during parturition [59]. Recent models ascribe the following material properties to the PFM: anisotropy and visco-hyperelastic behavior [25,66]. Coinciding with clinical findings, the models predict that PFM located closest to the levator hiatus experience the greatest stresses and strains during parturition. Specifically, the maximum stress and the largest stretch were calculated at the pubococcygeus enthesis or the connective tissue at the site of muscle attachment to the pubis [66].

PFM are a composite material consisting of contractile myofibers embedded within the large connective tissue network of the intramuscular ECM [60]. Activation of PFM myofibers in models has been found to oppose the expulsive forces and result in higher calculated stresses exerted on the pelvic floor structures [61]. While myofibers are responsible for muscle active mechanics, the skeletal muscle ECM bears the majority of muscle's passive load. Thus, skeletal muscle stiffness primarily reflects its ECM properties [60]. Much effort has been devoted to studying the connective tissues of the vagina and its supportive structures [62–65]. However, passive mechanical properties of PFM ECM have not been elucidated to date. Furthermore, the complex anatomy of these muscles and technical restrictions of magnetic resonance imaging inhibit accurate identification of individual muscle borders and direction of muscle fascicles. Quantitative data on pregnancy-induced alterations in tissue biomechanics is essential for the development of models that accurately represent the impact of vaginal delivery on the main constituents of the female pelvic floor.

## CONCLUSIONS

- Pregnancy induces dramatic adaptations in the biochemical and biomechanical properties of pelvic connective tissue, and smooth and skeletal muscles.
- Pregnancy-induced adaptations in pelvic tissues mechanical properties appear to facilitate the delivery of the fetus, while protecting against maternal birth injury.
- Computational models must account for changes in the biomechanical tissue properties to make accurate predictions regarding the response of pelvic structures to stresses and strains associated with pregnancy and delivery.

- The destabilizing changes resultant from vaginal delivery need to be defined at the tissue level to establish a mechanistic link between childbirth and dysfunction of pelvic floor supportive structures.
- Elucidating the mechanisms that guide pregnancy-induced adaptations are needed to enable the development of preventive and therapeutic strategies to minimize maternal morbidity related to vaginal birth.

## REFERENCES

[1] E.H. Sze, G.B. Sherard 3rd., J.M. Dolezal, Pregnancy, labor, delivery, and pelvic organ prolapse, Obstet. Gynecol. 100 (5 Pt 1) (2002) 981–986.

[2] J.C. Le Huec, et al., Equilibrium of the human body and the gravity line: the basics, Eur. Spine J. 20 (Suppl. 5) (2011) 558–563.

[3] C.S. Samuel, J.P. Coghlan, J.F. Bateman, Effects of relaxin, pregnancy and parturition on collagen metabolism in the rat pubic symphysis, J. Endocrinol. 159 (1) (1998) 117–125.

[4] A.C. Capson, J. Nashed, L. McLean, The role of lumbopelvic posture in pelvic floor muscle activation in continent women, J. Electromyogr. Kinesiol. 21 (1) (2011) 166–177.

[5] E.N. Unemori, et al., Relaxin induces an extracellular matrix-degrading phenotype in human lung fibroblasts in vitro and inhibits lung fibrosis in a murine model in vivo, J. Clin. Invest. 98 (12) (1996) 2739–2745.

[6] S. Palejwala, et al., Relaxin positively regulates matrix metalloproteinase expression in human lower uterine segment fibroblasts using a tyrosine kinase signaling pathway, Endocrinology 142 (8) (2001) 3405–3413.

[7] C.K. Too, G.D. Bryant-Greenwood, F.C. Greenwood, Relaxin increases the release of plasminogen activator, collagenase, and proteoglycanase from rat granulosa cells in vitro, Endocrinology 115 (3) (1984) 1043–1050.

[8] O.D. Sherwood, V.E. Crnekovic, Development of a homologous radioimmunoassay for rat relaxin, Endocrinology 104 (4) (1979) 893–897.

[9] O.D. Sherwood, et al., Radioimmunoassay of relaxin throughout pregnancy and during parturition in the rat, Endocrinology 107 (3) (1980) 691–698.

[10] Y.M. Soh, et al., Relaxin regulates hyaluronan synthesis and aquaporins in the cervix of late pregnant mice, Endocrinology 153 (12) (2012) 6054–6064.

[11] O.D. Sherwood, Relaxin's physiological roles and other diverse actions, Endocr. Rev. 25 (2) (2004) 205–234.

[12] M.A. Harvey, S.L. Johnston, G.A. Davies, Mid-trimester serum relaxin concentrations and postpartum pelvic floor dysfunction, Acta Obstet. Gynecol. Scand. 87 (12) (2008) 1315–1321.

[13] S.S. Oliphant, et al., Maternal adaptations in preparation for parturition predict uncomplicated spontaneous delivery outcome, Am. J. Obstet. Gynecol. 211 (6) (2014) 630.e1–630.e7.

[14] J.A. Daucher, et al., Adaptations of the rat vagina in pregnancy to accommodate delivery, Obstet. Gynecol. 109 (1) (2007) 128–135.

[15] M. Alperin, et al., Pregnancy- and delivery-induced biomechanical changes in rat vagina persist postpartum, Int. Urogynecol. J. 21 (9) (2010) 1169–1174.

[16] A.L. O'Boyle, et al., Pelvic organ support in pregnancy and postpartum, Int. Urogynecol. J. Pelvic Floor Dysfunct. 16 (1) (2005) 69–72, discussion 72.

[17] S. Zhao, O.D. Sherwood, Monoclonal antibodies specific for rat relaxin. X. Endogenous relaxin induces changes in the histological characteristics of the rat vagina during the second half of pregnancy, Endocrinology 139 (11) (1998) 4726–4734.

[18] D. Ulrich, et al., Influence of reproductive status on tissue composition and biomechanical properties of ovine vagina, PLoS ONE 9 (4) (2014) e93172.

[19] D.D. Rahn, J.F. Acevedo, R.A. Word, Effect of vaginal distention on elastic fiber synthesis and matrix degradation in the vaginal wall: potential role in the pathogenesis of pelvic organ prolapse, Am. J. Physiol. Regul. Integr. Comp. Physiol. 295 (4) (2008) R1351–R1358.

[20] A. Feola, et al., Impact of pregnancy and vaginal delivery on the passive and active mechanics of the rat vagina, Ann. Biomed. Eng. 39 (1) (2011) 549–558.

[21] H.P. Dietz, A.B. Steensma, Which women are most affected by delivery-related changes in pelvic organ mobility? Eur. J. Obstet. Gynecol. Reprod. Biol. 111 (1) (2003) 15–18.

[22] P.A. Moalli, et al., A rat model to study the structural properties of the vagina and its supportive tissues, Am. J. Obstet. Gynecol. 192 (1) (2005) 80–88.

[23] J.L. Lowder, et al., Biomechanical adaptations of the rat vagina and supportive tissues in pregnancy to accommodate delivery, Obstet. Gynecol. 109 (1) (2007) 136–143.

[24] X. Liu, et al., Failure of elastic fiber homeostasis leads to pelvic floor disorders, Am. J. Pathol. 168 (2) (2006) 519–528.

[25] D. Jing, Experimental and Theoretical Biomechanical Analyses of the Second Stage of Labor, Department of Bioengineering, University of Michigan, Ann Arbor, MI, 2010.

[26] K.L. Shek, J. Kruger, H.P. Dietz, The effect of pregnancy on hiatal dimensions and urethral mobility: an observational study, Int. Urogynecol. J. 23 (11) (2012) 1561–1567.

[27] J. Staer-Jensen, et al., Ultrasonographic evaluation of pelvic organ support during pregnancy, Obstet. Gynecol. 122 (2 Pt 1) (2013) 329–336.

[28] F. Siafarikas, et al., Levator hiatus dimensions in late pregnancy and the process of labor: a 3- and 4-dimensional transperineal ultrasound study, Am. J. Obstet. Gynecol. 210 (5) (2014) 484.e1–484.e7.

[29] V. Lanzarone, H.P. Dietz, Three-dimensional ultrasound imaging of the levator hiatus in late pregnancy and associations with delivery outcomes, Aust. N. Z. J. Obstet. Gynaecol. 47 (3) (2007) 176–180.

[30] K. Bo, et al., Pelvic floor muscle variables and levator hiatus dimensions: a 3/4D transperineal ultrasound cross-sectional study on 300 nulliparous pregnant women, Int. Urogynecol. J. 25 (10) (2014) 1357–1361.

[31] M. Alperin, D.M. Lawley, M.C. Esparza, R.L. Lieber, Pregnancy induced adaptations in the intrinsic structure of rat pelvic floor muscles, Am. J. Obstet. Gynecol. 213 (2015) 191.e1–191.e7.

[32] R.L. Lieber, J. Friden, Muscle damage is not a function of muscle force but active muscle strain, J. Appl. Physiol. (1985) 74 (2) (1993) 520–526.

[33] G.L. Warren, et al., Mechanical factors in the initiation of eccentric contraction-induced injury in rat soleus muscle, J. Physiol. 464 (1993) 457–475.

[34] N.A. Clark, et al., Levator defects affect perineal position independently of prolapse status, Am. J. Obstet. Gynecol. 203 (6) (2010) 595.e17–595.e22.

[35] J.O.L. DeLancey, et al., Comparison of levator ani muscle defects and function in women with and without pelvic organ prolapse, Obstet. Gynecol. 109 (2 Pt 1) (2007) 295–302, http://dx.doi.org/10.1097/01.AOG.0000250901.57095.ba.

[36] J.A. Ashton-Miller, J.O. Delancey, On the biomechanics of vaginal birth and common sequelae, Annu. Rev. Biomed. Eng. 11 (2009) 163–176.

[37] V.L. Handa, et al., Pelvic floor disorders 5–10 years after vaginal or cesarean childbirth, Obstet. Gynecol. 118 (4) (2011) 777–784.

[38] L.M. Dolan, P. Hilton, Obstetric risk factors and pelvic floor dysfunction 20 years after first delivery, Int. Urogynecol. J. 21 (5) (2010) 535–544.

[39] C. Larsson, K. Kallen, E. Andolf, Cesarean section and risk of pelvic organ prolapse: a nested case–control study, Am. J. Obstet. Gynecol. 200 (3) (2009) 243.e1–243.e4.

[40] H.Y. Chin, et al., Postpartum urinary incontinence: a comparison of vaginal delivery, elective, and emergent cesarean section, Int. Urogynecol. J. Pelvic Floor Dysfunct. 17 (6) (2006) 631–635.

[41] V.L. Handa, et al., Progression and remission of pelvic organ prolapse: a longitudinal study of menopausal women, Am. J. Obstet. Gynecol. 190 (1) (2004) 27–32.

[42] D.D. Rahn, et al., Biomechanical properties of the vaginal wall: effect of pregnancy, elastic fiber deficiency, and pelvic organ prolapse, Am. J. Obstet. Gynecol. 198 (5) (2008) 590.e1–590.e6.

[43] C.M. Yang, et al., Mechanical strain induces collagenase-3 (MMP-13) expression in MC3T3-E1 osteoblastic cells, J. Biol. Chem. 279 (21) (2004) 22158–22165.

[44] P.G. Drewes, et al., Pelvic organ prolapse in fibulin-5 knockout mice: pregnancy-induced changes in elastic fiber homeostasis in mouse vagina, Am. J. Pathol. 170 (2) (2007) 578–589.

[45] M. Alperin, et al., Collagen scaffold: a treatment for simulated maternal birth injury in the rat model, Am. J. Obstet. Gynecol. 202 (6) (2010) 589.e1–589.e8.

[46] K.D. Sievert, et al., The effect of simulated birth trauma and/or ovariectomy on rodent continence mechanism. Part I: functional and structural change, J. Urol. 166 (1) (2001) 311–317.

[47] V.L. Handa, et al., Pelvic floor disorders after vaginal birth: effect of episiotomy, perineal laceration, and operative birth, Obstet. Gynecol. 119 (2 Pt 1) (2012) 233–239.

[48] H.U. Memon, V.L. Handa, Vaginal childbirth and pelvic floor disorders, Womens Health (Lond. Engl.) 9 (3) (2013) 265–277, quiz 276–277.

[49] R. Kearney, et al., Levator ani injury in primiparous women with forceps delivery for fetal distress, forceps for second stage arrest, and spontaneous delivery, Int. J. Gynaecol. Obstet. 111 (1) (2010) 19–22.

[50] K.C. Lien, et al., Levator ani muscle stretch induced by simulated vaginal birth, Obstet. Gynecol. 103 (1) (2004) 31–40.

[51] L. Hoyte, et al., Quantity and distribution of levator ani stretch during simulated vaginal childbirth, Am. J. Obstet. Gynecol. 199 (2) (2008) 198.e1–198.e5.

[52] L. Krofta, et al., Pubococcygeus-puborectalis trauma after forceps delivery: evaluation of the levator ani muscle with 3D/4D ultrasound, Int. Urogynecol. J. Pelvic Floor Dysfunct. 20 (10) (2009) 1175–1181.

[53] K. Svabik, K.L. Shek, H.P. Dietz, How much does the levator hiatus have to stretch during childbirth? BJOG 116 (12) (2009) 1657–1662.

[54] K.L. Shek, H.P. Dietz, Intrapartum risk factors for levator trauma, BJOG 117 (12) (2010) 1485–1492.

[55] H.P. Dietz, V. Lanzarone, Levator trauma after vaginal delivery, Obstet. Gynecol. 106 (4) (2005) 707–712.

[56] J. Cassado Garriga, et al., Tridimensional sonographic anatomical changes on pelvic floor muscle according to the type of delivery, Int. Urogynecol. J. 22 (8) (2011) 1011–1018.

[57] J.A. Faulkner, S.V. Brooks, J.A. Opiteck, Injury to skeletal muscle fibers during contractions: conditions of occurrence and prevention, Phys. Ther. 73 (12) (1993) 911–921.

[58] R.L. Lieber, J. Friden, Mechanisms of muscle injury gleaned from animal models, Am. J. Phys. Med. Rehabil. 81 (11 Suppl.) (2002) S70–S79.

[59] M.P. Parente, et al., The influence of the material properties on the biomechanical behavior of the pelvic floor muscles during vaginal delivery, J. Biomech. 42 (9) (2009) 1301–1306.

[60] A.R. Gillies, R.L. Lieber, Structure and function of the skeletal muscle extracellular matrix, Muscle Nerve 44 (3) (2011) 318–331.

[61] M.P. Parente, et al., The influence of pelvic muscle activation during vaginal delivery, Obstet. Gynecol. 115 (4) (2010) 804–808.

[62] P.A. Norton, Pelvic floor disorders: the role of fascia and ligaments, Clin. Obstet. Gynecol. 36 (4) (1993) 926–938.

[63] E. Hirata, et al., Comparative histological study of levels 1–3 supportive tissues using pelvic floor semiserial sections from elderly nulliparous and multiparous women, J. Obstet. Gynaecol. Res. 37 (1) (2011) 13–23.

[64] B. Gabriel, et al., Uterosacral ligament in postmenopausal women with or without pelvic organ prolapse, Int. Urogynecol. J. 16 (6) (2005) 475–479.

[65] K. Yamamoto, et al., Decrease in elastin gene expression and protein synthesis in fibroblasts derived from cardinal ligaments of patients with prolapsus uteri, Cell Biol. Int. 21 (1997) 605–611.

[66] D. Jing, J.A. Ashton-Miller, J.O. DeLancey, A subject-specific anisotropic visco-hyperelastic finite element model of female pelvic floor stress and strain during the second stage of labor, J. Biomech. 45 (3) (2012) 455–460.