UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVAKI WILLIAMS, as Conservator
of HP., a Protected Person,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.
_____/

Case No. 17-CV-13118

HON. GEORGE CARAM STEEH

## J U D G M E N T

The above entitled matter has come before the court on a bench trial, and accordance with the court's findings of fact and conclusions of law entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

        DAVID J. WEAVER
        CLERK OF THE COURT

By:  s/Brianna Sauve
      Deputy Clerk

APPROVED:

s/George Caram Steeh
United States District Judge

Dated:  April 17, 2020

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 17, 2020, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk